✎PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
**CR97-00118-005**

DOCKET NUMBER *(Rec. Court)*
**CR05-00494**

SBA

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION

Guam

**MITCHELL, Lisa Dawn**
**c/o USPO Richard Brown**
**Northern District of California**
**1301 Clay Street, Suite 220S**
**Oakland, California 94612-5206**

NAME OF SENTENCING JUDGE
**Jack D. Shanstrom, Designated Judge**

| DATES OF SUPERVISED | FROM | TO |
| --- | --- | --- |
| | September 1, 2002 | August 31, 2006 |

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

OFFENSE

**DISTRIBUTION OF METHAMPHETAMINE WITHIN 1,000 FEET OF A SCHOOL, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 860.**

ORIGINAL
FILED

AUG - 1 2005

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE | N/A | DISTRICT OF | **GUAM**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ **Northern District of California** _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/13/05
_____
Date

_____
United Sates District Judge
**ROBERT M. TAKASUGI***

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR | **Northern** | DISTRICT OF | **California**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED
JUL 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

7-26-05
_____
Effective Date

_____
United States District Judge

RECEIVED
JUL 28 2005
U.S. PROBATION OFFICE
NORTHERN DIST. CALIF.
OAKLAND

*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation.

ORIGINAL