%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

LISA DAWN MITCHELL

**WARRANT FOR ARREST**

Case Number: CR-97-00118-005

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     LISA DAWN MITCHELL
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FILED**
**DISTRICT COURT OF GUAM**

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED   SEP 13 2005
(See attached Petition and Violation Report)

**MARY L.M. MORAN**
**CLERK OF COURT**

in violation of Title   18   United States Code, Section(s)   3583(e)(3)

MARILYN B. ALCON
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

7/15/2005      Hagatna, Guam
Date           Location

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

District of N/CA (Rule 20)

| DATE RECEIVED 7/15/05 | NAME AND TITLE OF ARRESTING OFFICER For: N/CA   DUSM John Curry | SIGNATURE OF ARRESTING OFFICER For: N/CA    DUSM   D/Guam |
|---|---|---|
| DATE OF ARREST 7/15/05 | | |